**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED - KZ
September 11, 2017 3:26 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by /9/11/17

Michael Frybeck
425 Fulton St
Buchanan MI 49107

Plaintiff(s),

v

Case No. **1:17-cv-824**
Honorable  Paul L Maloney - U.S. District Judge
Phillip J. Green - U.S. Magistrate Judge

Lonnies Place
8968 1st
Baroda Michigan 49107

Defendant(s).

I was kick from Place because of my disability
I believe this was a violitad my civil Rights
Then I was Haressed by owner for sitting
on Public bench


Michael Frybeck
425 Fulton St
Buchanan 49107
9-11